# Order

Michigan Supreme Court
Lansing, Michigan

December 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132071
& (71)
(76)

RAYMOND MacDONALD,
and THE SCARAB CLUB,
        Plaintiffs-Appellants,

v

PATRICIA REED, JAMES
TOTTIS, BRETA BROOKES,
RONALD MILLER, JOHN
ALLEN, GEORGE BOOTH,
DONNA CYRBOK, RIC GEYER,
RALPH HARTSHORN, LYNN
JOVICK, JOHN WICKEY,
WILLIAM MURCKO, and
MARISA LENHARD,
        Defendants-Appellees.

SC: 132071
COA: 264940
Wayne CC: 04-405012-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion to strike is DENIED. The application for leave to appeal the March 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Costs of $250 are assessed against plaintiff MacDonald in favor of defendants under MCR 7.316(D)(1) for filing a vexatious appeal.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

_____
Clerk

11206